**FILED**

Nov 14 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2
MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
Assistant United States Attorneys
5
450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
Telephone: (415) 436-7200
7  FAX: (415) 436-7234
Jonathan.Lee@usdoj.gov
8
Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )  NO. 4:18-CR-110 YGR
                                         )
14            Plaintiff,                 )  STIPULATION AND ORDER TO VACATE
                                         )  NOVEMBER 15, 2024 STATUS RE DETENTION
15       v.                              )  AND STATUS RE PRELIMINARY
                                         )  REVOCATION HEARING, WAIVE DETENTION
16  DARRIN HUTCHINSON,                   )  HEARING, WAIVE PRELIMINARY
                                         )  REVOCATION HEARING, AND SET STATUS
17            Defendant.                 )  DATE BEFORE THE DISTRICT COURT
                                         )
18                                       )
                                         )
19                                       )
                                         )
20  _____     )

21

22

23

24

25

26

27

28

1   The parties have met and conferred regarding this case and stipulate as follows:

2   The case is set for hearing on November 15, 2024 at 10:30 a.m. before the Honorable Chief

3   Magistrate Judge Donna M. Ryu for Status re Detention Hearing and Status re Preliminary Revocation

4   Hearing.  The parties request an order vacating this appearance.

5   The parties further stipulate that defendant waives his right to a preliminary revocation hearing

6   and waives a detention hearing and findings on detention.  The defendant's waiver of detention hearing

7   and findings on detention is without prejudice.

8   The parties request that the Court set a status hearing date before the Honorable District Judge

9   Yvonne Gonzalez Rogers on January 16, 2025 at 10:00 a.m.

10  The undersigned Assistant United States Attorney certifies that he has obtained approval from

11  counsel for the defendant to file this stipulation and proposed order.

12

13  IT IS SO STIPULATED.

14  DATED:      11/13/2024                              _____/s/_____

15                                                      JONATHAN U. LEE
                                                        Assistant United States Attorney
16

17  DATED:      11/13/2024                              _____/s/_____
                                                        GAIL SHIFMAN
18                                                      Counsel for Defendant DARRIN HUTCHINSON

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
Case No. CR 18-110 YGR                                                              v. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby orders:

1. The hearing set for November 15, 2024 at 10:30 a.m. for Status re Detention Hearing and Status re Preliminary Revocation Hearing is hereby vacated.

2. The Court finds that the defendant has waived his right to a preliminary revocation hearing and waived a detention hearing and findings on detention. The waiver related to the detention hearing and findings on detention is without prejudice.

3. The Court hereby sets a status hearing date before the Honorable District Judge Yvonne Gonzalez Rogers on January 16, 2025 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 14, 2024



_____
HON. DONNA M. RYU
Chief Magistrate Judge